IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOSEPH GANDY, Reg. No. 17168-001,  )
               )
   Plaintiff,       )
               )
  v.           )   CIVIL ACTION NO. 2:18-CV-345-WHA
               )
WALTER WOODS,      )
               )
   Defendant.     )

## ORDER

On April 27, 2018, the Magistrate Judge entered a Recommendation (Doc. #4) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to file necessary financial information as ordered by this court;

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 22nd day of June, 2018.

        /s/ W. Harold Albritton
        SENIOR UNITED STATES DISTRICT JUDGE